UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DON WHITE,<br><br>        Plaintiff,<br><br>v.<br><br>WASHOE COUNTY, et al.,<br><br>        Defendants. | Case No. 2:25-cv-00883-GMN-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, submitted an incomplete application to proceed *in forma pauperis* together with a Civil Rights Complaint under 42. U.S.C. § 1983. ECF Nos. 1, 1-1. Unfortunately, the application fails to include the required financial certificate and Plaintiff's inmate trust account statement for the previous six-month period, which are required under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **July 21, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

1

1    IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

DATED this 21st day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE