UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DON WHITE,<br><br>                    Plaintiff,<br>       v.<br><br>WASHOE COUNTY, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-00883-GMN-EJY<br><br>**ORDER** |

Following an Order of the Court requiring service of process on Officer Lynch, the U.S. Marshal Service filed the unexecuted Summons (ECF No. 16) as Washoe County Sheriff's Office refused service alleging a "lack of defendant identifiers." *Id.*  The Court finds this frustrating; however, in an effort to avoid further refusal of service, the Court asks Plaintiff to assist by providing additional information, if any, he has regarding Officer Lynch.

Accordingly, IT IS HEREBY ORDERED that no later than **November 21, 2025** Plaintiff **must** file a report with the Court that provides as much information as possible regarding Defendant Officer Lynch.  Such information may include his first name or if his first name is not known, his first initial, a  badge number, a job title and or a physical description of Officer Lynch.

DATED this 31st day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE